**Order entered December 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00300-CV

**LYNNE DUGGAN, Appellant**

**V.**

**TANGLEWOOD VILLA OWNERS ASSOCIATION, INC.; TOM MADDOCK, PRESIDENT; HANK DEWITT, TREASURER; DONNA NORTHAM, SECRETARY; KIRK GRIFFITH, MAINTENANCE, Appellees**

On Appeal from the County Court at Law No. 1
Grayson County, Texas
Trial Court Cause No. 2015-1-091CV

## ORDER

Before the Court is appellant's December 9, 2016 sixth motion to extend time to file appellant's brief. Appellant's motion is **GRANTED** to the extent that appellant's brief shall be filed by December 27, 2016. *We expressly caution appellant that failure to file a brief by the date provided in this order will result in the dismissal of this appeal without further notice.* TEX. R. APP. P. 38.8(a)(1).

/s/     ELIZABETH LANG-MIERS
         JUSTICE